UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SHELBY MARIE REBANDO,**
**CASSONDRA CAPUTO,**
**DANIELLE DEBRA HANSE,**
**NAKEIA WEBBE, CURTNEY**
**WEBBE and BRIAN JAMES**
**HANSE,**

      **Plaintiffs,**

v.                                      Case No.  6:22-cv-177-CEM-LHP

**COOPERSURGICAL, INC. and**
**FEMCARE, LTD.,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Defendants' Motion to Tax Costs (Doc. 183). The United States Magistrate Judge issued a Report and Recommendation (Doc. 187), recommending that the Motion be granted in part and denied in part.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 187) is **ADOPTED** and made a part of this Order.

2. Defendants' Motion to Tax Costs (Doc. 183) is **GRANTED in part** and **DENIED in part**.

3. Defendants are awarded total costs in the amount of $21,474.35, as set forth in the Report and Recommendation.

**DONE** and **ORDERED** in Orlando, Florida on April 17, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record